UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| SALLIE SEARS and BRIAN BROTHERS, wife and husband, | ) ) ) | |
| Plaintiffs, | ) ) | No. CV-10-029-LRS |
| vs. | ) ) | **ORDER OF DISMISSAL** |
| JOHNSON & JOHNSON, INC., a foreign corporation, and ORTHO-MCNEIL, | ) ) ) ) ) | |
| Defendants. | ) ) | |

    Plaintiffs have failed to have substitute counsel file a notice of appearance on their behalf or to file a statement of intent to proceed *pro se* in this matter within the time allowed by this court's July 3, 2013 "Order Granting Motion To Withdraw" (ECF No. 12). Accordingly, the captioned matter is **DISMISSED without prejudice**. This file shall be **CLOSED**.

    **IT IS SO ORDERED**. The District Executive is directed to enter this order and forward copies to Paul J. Burns, Esq., and to counsel of record for Defendants. Mr. Burns is responsible for mailing a copy of this order to the Plaintiffs.

    **DATED** this __15th__ of January, 2014.

*s/Lonny R. Suko*

LONNY R. SUKO
Senior United States District Judge